```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BO SENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> BO SENG, ) <br> ) <br>         Defendant. ) <br> ) <br>_____ ) | No. Cr. S 04-205 GEB <br><br> **STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** <br><br> **RETROACTIVE CRACK COCAINE REDUCTION CASE** <br> Date:  June 6, 2008 <br> Time:  9:00 a.m. <br> Judge: Hon. GARLAND E. BURRELL, Jr. |

    Defendant, BO SENG, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney MARY L. GRAD, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   The sentencing range applicable to Mr. Seng was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

1    3. Accordingly, Mr. Seng's offense level has been reduced from
2 27 to 25, and a sentence at the low end of the new guideline range
3 would be 70 months;

4    4. Mr. Seng merits a reduction in his sentence based on the
5 factors listed in 18 U.S.C. § 3553(a), as well as considerations of
6 public safety and Mr. Seng's positive post-sentencing conduct;

7    5. Accordingly, the parties request the court to enter the order
8 lodged herewith reducing Mr. Seng's term of imprisonment to 70 months.

9 Dated: May 12, 2008

10 Respectfully submitted,

11 McGREGOR SCOTT                         DANIEL J. BRODERICK
   United States Attorney                 Federal Defender
12

13
     /s/ *Mary L. Grad*                     /s/ *David M. Porter*
14 MARY L. GRAD                            DAVID M. PORTER
   Assistant U.S. Attorney                 Assistant Federal Defender
15
   Attorney for Plaintiff                  Attorney for Movant
16 UNITED STATES OF AMERICA                BO SENG

17                              **ORDER**

18    This matter came before the Court on the motion of the defendant
19 for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on
20 April 16, 2008. The motion was set for hearing on June 6, 2008, but
21 because the parties have stipulated to the resolution, the matter is
22 taken off calendar.

23    On January 21, 2005, this Court sentenced Mr. Seng to a term of
24 imprisonment of 87 months. The parties agree, and the Court finds,
25 that Mr. Seng is entitled to the benefit of the retroactive amendment
26 reducing crack cocaine penalties, which reduces the applicable offense
27 level from 27 to 25.

28    IT IS HEREBY ORDERED that the term of imprisonment originally

STIPULATION AND ORDER TO REDUCE SENTENCE
-2-

1  imposed is reduced to 70 months;

2      IT IS FURTHER ORDERED that all other terms and provisions of the
3  original judgment remain in effect.

4      Unless otherwise ordered, Mr. Seng shall report to the United
5  States Probation office closest to the release destination within
6  seventy-two hours after his release.

7  Dated:  May 12, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

STIPULATION AND ORDER TO REDUCE SENTENCE
-3-