# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BO SENG ) | Case No: 2:04CR00205-04 |
| ) | USM No: 15170-097 |
| Date of Previous Judgment:  1/21/05 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   87   months **is reduced to**   70 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   27         Amended Offense Level:   25
Criminal History Category:   III         Criminal History Category:   III
Previous Guideline Range:   87   to   108   months    Amended Guideline Range:   70   to   87   months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   1/21/05   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   5/13/08

Effective Date: _____        Garland E. Burrell Jr. United States District Judge
(if different from order date)              Printed name and title